Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>EUGENE ORTEGA,<br><br>                Defendant | CASE NO. 18-0080 JAM<br><br>STIPULATION TO CONTINUE J&S TO JUNE 9, 2020, AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date:                 **June 9, 2020**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**: June 2, 2019**

**Final PSR:**                               **May 5, 2020**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:            **April 21, 2020**

Draft Report due:                            **April 7, 2020**

1

IT IS SO STIPULATED.

Dated: March 6, 2020                         McGregor Scott
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

Dated: March 6, 2020                         /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for EUGENE ORTEGA

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of March, 2020

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE