Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>EUGENE ORTEGA,<br><br>　　　　　　Defendant | CASE NO. 18CR0080 JAM<br><br>STIPULATION TO CONTINUE J&S TO JULY 14, 2020, AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule. All Counsel stipulate to the revised schedule:

Judgment and Sentencing Date:　　　　　　**July 14, 2020 at 9:15 a.m.**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than**: July 7, 2019**

**Final PSR:**　　　　　　**June 23, 2020**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:　　　　　　**June 16, 2020**

Draft Report due:　　　　　　**June 2, 2020**

1

IT IS SO STIPULATED.

Dated: March 30, 2020				McGregor Scott
						United States Attorney


						/s/ Justin Lee
						JUSTIN LEE
						Assistant United States Attorney

Dated: March 30, 2020				/s/  Dina L. Santos
						DINA SANTOS, ESQ.
						Attorney for EUGENE ORTEGA

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of March, 2020

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE