Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EUGENE ORTEGA,<br><br>Defendant | CASE NO. 18-0080 JAM<br><br>STIPULATION TO CONTINUE J&S FROM JULY 14, 2020 TO SEPTEMBER 29, 2020, AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | September 29, 2020 |
| Reply, or Statement of Non-Opposition: | September 22, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 15, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 08, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 01, 2020 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | August 18, 2020 |

IT IS SO STIPULATED.

Dated: June 1, 2020                                  McGregor Scott
                                                     United States Attorney

                                                     /s/ Justin Lee
                                                     JUSTIN LEE
                                                     Assistant United States Attorney

Dated: June 1, 2020                                  /s/  Dina L. Santos
                                                     DINA SANTOS, ESQ.
                                                     Attorney for EUGENE ORTEGA

## ORDER

IT IS SO FOUND AND ORDERED this 1ST day of June, 2020

                                 /s/ John A. Mendez

                                 HON. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE