Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>EUGENE MARGARITO ORTEGA,<br>   Defendant | CASE NO. 18-0080 JAM<br><br>STIPULATION TO CONTINUE J&S TO DECEMBER 1, 2020, AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | December 1, 2020 at 9:30 a.m. |
| Reply, or Statement of Non-Opposition: | November 24, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 17, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 10, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 03, 2020 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | October 20, 2020 |

Probation has been informed of the new schedule.

1

IT IS SO STIPULATED.

Dated: Sept 1, 2020   McGregor Scott
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

Dated: Sept. 1, 2020   /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for EUGENE ORTEGA

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of September, 2020

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE