Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EUGENE MARGARITO ORTEGA,<br>Defendant | CASE NO. 2:18-CR-0080 JAM<br><br>STIPULATION TO CONTINUE J&S TO FEBRUARY 23, 2021, AT 9:30 A.M. AND RESET BRIEFING SCHEDULE (AMENDED) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | February 23, 2021 |
| Reply, or Statement of Non-Opposition: | February 16, 2021 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 09, 2021 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 02, 2021 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 26, 2021 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | January 12, 2021 |

Probation has been informed of the new schedule.

1

IT IS SO STIPULATED.

Dated: Nov. 3, 2020					McGregor Scott
							United States Attorney

							/s/ Justin Lee
							JUSTIN LEE
							Assistant United States Attorney

Dated: Nov. 3, 2020					/s/   Dina L. Santos
							DINA SANTOS, ESQ.
							Attorney for EUGENE ORTEGA

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of November, 2020

							/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE