Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
EUGENE ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EUGENE MARGARITO ORTEGA,<br>Defendant | CASE NO. 18-0080 JAM<br><br>STIPULATION TO CONTINUE J&S TO MAY 25, 2021, AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Eugene Ortega, by and through his Counsel of record, Dina Santos, hereby stipulate to continue the date for J&S to May 25, 2021. The assigned probation officer is available on the requested date.

IT IS SO STIPULATED.

   IT IS SO STIPULATED.

 Dated: February 12, 2021                McGregor Scott
                                          United States Attorney


                                           /s/ Justin Lee
                                          JUSTIN LEE
                                          Assistant United States Attorney

1

1  | Dated: February 12, 2021            /s/  Dina L. Santos
2  |                                     DINA SANTOS, ESQ.
   |                                     Attorney for EUGENE ORTEGA

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February, 2021


 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE